UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-305(03)(PAM/ESS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERARDO MARTINEZ-CORTEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MOTION FOR RESENTENCING AND FOR DETENTION PENDING RESENTENCING** |

The United States of America, by and through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and Nathan P. Petterson, Assistant United States Attorney, moves for defendant's resentencing in accordance with the mandate of the Eighth Circuit Court of Appeals, and for defendant's continued detention pending that resentencing.

Defendant Jerardo Martinez-Cortez pled guilty to Count 1 of the Indictment, which charged conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). He was sentenced on November 15, 2002, by Senior Judge Paul A. Magnuson. Judge Magnuson found defendant eligible for the safety valve (18 U.S.C. § 3553(f); U.S.S.G. § 5C1.2), and sentenced him to 46 months imprisonment. The United States appealed, arguing that defendant was ineligible for the safety valve, and that the applicable mandatory minimum of ten years was therefore applicable.

In an opinion filed on January 13, 2004, the Eighth Circuit Court of Appeals reversed the sentence, finding defendant

ineligible for the safety valve. United States v. Martinez-Cortez, 354 F.3d 830, 832-33 (8th Cir. 2004). The court stated: "Accordingly, we reverse and remand for imposition of the mandatory minimum sentence." A request for rehearing and rehearing en banc was denied on March 1, 2004. Id. The Supreme Court denied certiorari on October 4, 2004. Martinez-Cortez v. United States, 125 S.Ct. 291 (2004).

On March 16, 2004, the case was reassigned from Judge Magnuson to Judge Donovan W. Frank (Docket Entry No. 93).

Defendant has been serving his sentence at FCI - Sandstone, and is scheduled for release on the original 46-month sentence on February 28, 2005. Defendant needs to be resentenced to the ten-year mandatory minimum, as direct by the Eighth Circuit Court of Appeals. He should be detained pending that resentencing before Judge Frank. In addition to facing an additional seventy-four months imprisonment, defendant is an illegal alien, and a detainer has been placed by the Immigration and Customs Enforcement (I.C.E.).

Dated: February 24, 2005

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Nathan P. Petterson*

BY: NATHAN P. PETTERSON
Assistant U.S. Attorney
Attorney ID No. 151506