**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2005, I served, or caused to be served, the following documents:

**MOTION FOR RESENTENCING AND FOR DETENTION PENDING RESENTENCING**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Joseph Margulies, Esq.

THOMAS B. HEFFELFINGER
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Chief Litigative Assistant