**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 01-305(3) (DWF/RLE)

Plaintiff,

v. **ORDER**

Jerardo Martinez-Cortez,

Defendant.

---

Nathan P. Petterson, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

---

This matter is scheduled for resentencing on March 4, 2005, at 10:00 a.m., and

**IT IS ORDERED** that defendant be detained by the U.S. Marshal's Service pending resentencing.

Dated: February 24, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court