# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA, Plaintiff,

v.

JERARDO MARTINEZ-CORTEZ, Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 01-305(03)(DWF/RLE)
Date: MARCH 4, 2005
Court Reporter: JEANNE ANDERSON
Time Commenced: 3:00
Time Concluded: 3:30
Time in Court: Hour & 30inutes

Before DONOVAN W. FRANK, United States Judge, at ST PAUL, Minnesota.

APPEARANCES:

For Plaintiff: JAMES LACKNER
For Defendant: ROBERT RICHMAN 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: MARIANNE MCEVOY/SPANISH

9 **Evidentiary Hearing** (only selection if witness list filed)**.**

: **Resentencing per remand from Appeals Court.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 120 months | | 5 years | | |

Said terms to run 9 concurrently 9 consecutively

: Special conditions of Supervised Release: same as previously ordered

**See J&C for special conditions**

: Defendant sentenced to pay:
- : Fine in the amount of $WAIVED.
- 9 Restitution in the amount of $.
- 9 Costs of prosecution in the amount of $ to be paid .
- : Special assessment in the amount of $100.00.

9 Plea and plea agreement accepted.
9 Execution of sentence of imprisonment suspended until.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
9 On Motion of the govn't., remaining counts in the indictment as to this defendant only are dismissed.
9 Motion for departure by the govnt is 9 granted 9 denied.
: Defendant remanded to the custody of the U.S. Marshal.

s/Lowell Lindquist
Deputy Clerk